MARY E. ALEXANDER, ESQ. (SBN: 104173)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
Email: malexander@maryalexanderlaw.com

ELIZABETH J. CABRASER (SBN: 083151)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: ecabraser@lchb.com

GRETCHEN NELSON (SBN: 112566)
Nelson & Fraenkel LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: gnelson@nflawfirm.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ARCHER, MARLENE ARCHER, PAMELA GIUSTI, MICHAEL GIUSTI, VALERIE WILLSEA, MICHAEL NEKY, GINA PALLOTTA, JOSEPH CLARK, VIOLA CLARK, RAUL PANGILINAN, DENCY PANGILINAN, AMY ROTHMAN, JORDAN BLYNN, JOSEPH BALLIN, VICTORIA BALLIN, DAVID LEANDRES, DIANNE LEANDRES, JACQUELINE GRAHAM, ROBERT GRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION; CARNIVAL PLC and PRINCESS CRUISE LINES LTD.,<br><br>Defendants. | Case No. 2:20-cv-04203-RGK-SK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION SEEKING CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Date: September 28, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Magistrate: Hon. Steve Kim<br>Filed: August 31, 2020 |

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD:** Please take notice that on September 28, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Courtroom 850, in Los Angeles, California, Plaintiffs will and hereby do move the Court for an order certifying a class of "all persons in the United States who sailed as passengers on the M/V Grand Princess cruise from San Francisco, California, leaving on February 21, 2020, roundtrip to Hawaii," pursuant to Federal Rule of Civil Procedure Rule 23(b)(3). Or, in the alternative, Plaintiffs request that this Court certify a class of the same definition for trial of liability purposes pursuant to Federal Rule of Civil Procedure 23(c)(4).

Plaintiffs' motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declarations of Elizabeth J. Cabraser, Robert Archer, Pamela Giusti, Valerie Pasquini Willsea, Michael Neky, Raul Pangilinan, Amy Rothman, Jordan Blynn, Joseph Ballin, David Leandres, and Robert Graham, in support of Class Certification and Appointment of Class Representatives and Class Counsel, and all other pleadings and papers filed in this action.

The motion is made following multiple conferences of counsel pursuant to Local Rule 7-3, which occurred between July 2, 2020 and August 18, 2020.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: | August 31, 2020 | NELSON & FRAENKEL LLP |
| | | By: */s/ Gretchen M. Nelson* |
| | | Gretchen M. Nelson (112566)<br>gnelson@nflawfirm.com<br>Carlos F. Llinás Negret (284746)<br>cllinas@nflawfirm.com<br>601 So. Figueroa Street, Suite 2050<br>Los Angeles, CA 90017<br>Telephone: 213-622-6469<br>Facsimile: 213-622-6019 |
| Dated: | August 31, 2020 | MARY ALEXANDER & ASSOCIATES, P.C. |
| | | By: */s/ Mary E. Alexander* |
| | | Mary E. Alexander, Esq. (SBN 104173)<br>*malexander@maryalexanderlaw.com*<br>Brendan D.S. Way, Esq. (SBN 261705)<br>*bway@maryalexanderlaw.com*<br>44 Montgomery Street, Suite 1303<br>San Francisco, California 94104<br>Telephone: (415) 433-4440<br>Facsimile: (415) 433-5440 |

| | | |
|---|---|---|
| Dated: | August 31, 2020 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Elizabeth J. Cabraser*

Elizabeth J. Cabraser (SBN 083151)
*ecabraser@lchb.com*
Jonathan D. Selbin (SBN 170222)
*jselbin@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Mark P. Chalos (*Pro Hac Vice*)
*mchalos@lchb.com*
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (212) 313-9965

*Attorneys for all Plaintiffs*

| | | |
|---|---|---|
| Dated: | August 31, 2020 | SAUDER SCHELKOPF LLC |

By: */s/ Joseph G. Sauder*

Joseph G. Sauder (*Pro Hac Vice*)
*jgs@sstriallawyers.com*
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326

*Attorney for Plaintiffs Joseph Ballin and Victoria Ballin*